CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

JUL 14 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Cuba Alaska Martin III
(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

Hall County Sheriff's Office
Hall County Commissioners Office
Sgt Jeff Ashley, Robert Appell, Jailer Allison sprague
(Enter above the full name of the defendant(s).)

2:14-CV- 156

I.      Previous Lawsuits
    A.      Have you filed other lawsuits in federal court while incarcerated in any institution?

                    Yes ( )      No ( ✓ )

    B.      If your answer to A is yes, describe each lawsuit in the space below. (If there is
            more than one lawsuit, describe the additional lawsuits on another piece of paper,
            using the same outline.)

        1.      Parties to this previous lawsuit:

                Plaintiff(s):    _____
                                 _____

                Defendant(s):    _____
                                 _____

        2.      Court (name the district):

                _____
                _____

        3.      Docket Number:    _____

Rev. 12/5/07

I.      **Previous Lawsuits (Cont'd)**

4.      Name of judge to whom case was assigned: _____

5.      Did the previous case involve the same facts?

Yes ( )      No ( )

6.      Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?):
_____
_____

7.      Approximate date of filing lawsuit: _____

8.      Approximate date of disposition: _____

II.     **Exhaustion of Administrative Remedies**
Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted.  Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

A.      Place of Present Confinement:   Hall County Detention Center

B.      Is there a prisoner grievance procedure in this institution?

Yes (✓)      No ( )

C.      Did you present the facts relating to your complaint under the institution's grievance procedure?

Yes ( )      No (✓)

D.      If your answer is YES:
1.      What steps did you take and what were the results?
_____
_____
_____
_____

2.      If your answer is NO, explain why not:  I asked for a grievance but they would not give me one.
_____

Rev. 12/5/07

III. **Parties**
(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Cuba Aloska Martin III

Address(es): 1070 Riverside Terrace
Gainesville, Ga 30501

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Jeff Ashley, Robert Appell, Allison, Sprague

Employed as Sergeant, Sergeant, Jailer, officer

at Hall County

IV. **Statement of Claim**
State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was in my cell on April 3 2014. I had jammed my door so I could come out on both rotations. Jailer Allison took my jamming device out of the door and locked me down. (meaning no rotation that day). I pressed the button to ask + see the nurse nobody answered so I flooded my cell. Officer came and 'cut the water off. He then called for back up before opening my cell door. Sergeant Jeff Ashley, Robert Appell, and officer Sprague came. Sergeant Ashley opened my cell door pointing a

Rev. 12/5/07

## IV.    Statement of Claim (Cont'd)

taser gun at me. I asked him not to taze me
while I'm standin in water. He told me to
turn around and put my hands behind my back
I complied. Somebody handcuffed me. They said get
down after I was already in handcuffs I said the
floor is wet. The then slammed me in the water
on my stomach. Officer Sprague was pushing my face
in the water and choking me at the same time
Sergeant Ashley was punching me in the back of
my head while I was tryna turn so I could
breath. Robert Appell was kicking me. I yelled
I'm not resisting me stop hitting me. My friends
in the dayroom yelled we see them beating me.
Mark Taylor, Brandon Hutchinson, Morgan Raymon,
John Patton and others. The Officers claimed they
slipped. They stood me up and man handled me down
the stairs (Officer Sprague and Allison. I said your hurting
my arms. They continued with aggressive force as we
reached the door and slammed my face twice into
the steel door while I'm still handcuffed. I yelled
again stop it. They finally opened the door and as
I got into the Hall Sergeant Ashley slammed me
on my chin. I immediately began bleeding from under
my chin and my lips and mouth. They scarred my shoulders
and I had a knot under my left eye from the door
and scratches on my neck and knots on the back of
my head from that unneccessary police brutality.

## V.    Relief

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite
no cases or statutes.

I would like an public apology and each one
of them to attend anger management classes.
I would also like $30,000. If possible I
would like for them to stay away from me also.
I wish this would never happen again to me or
any other inmate incarcerated. I want Sergeant
Jeff Ashley to attend some type of counciling
class for his attempted Murder act with the
taser in the water.

**V.     Relief (Cont'd)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signed this ____2____ day of ____May_____, 20_14_.


                                    _Carla Martin_____
                                    Signature of Plaintiff

**STATE OF** _Georgia_____
**COUNTY (CITY) OF** _Hall, Gainesville_

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** _May 2, 2014_____
                    (Date)

_Carla Martin_____
Signature of Plaintiff


                              _Corrine M Davis_

                              CORRINE M DAVIS
                              NOTARY PUBLIC
                              HALL COUNTY, GEORGIA
                              MY COMMISSION EXPIRES NOV. 15, 2015

Rev. 12/5/07