# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| CUBA ALASKA MARTIN, III, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 2:14-CV-0156-RWS |
| HALL COUNTY SHERIFF'S OFFICE, HALL COUNTY COMMISSIONER'S OFFICE, SERGEANT JEFF ASHLEY, SERGEANT ROBERT APPELL, JAILER ALLISON, and OFFICER SPRAGUE, | : |
| Defendants. | : |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [5] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Plaintiff's claims against Sergeant Jeff Ashley, Sergeant Robert Appell, and Officer Sprague are **ALLOWED** to proceed. Defendants Hall County Sheriff's Office, Hall County Commissioner's Office, and Jailer Allison are **DISMISSED** from this action.

AO 72A
(Rev.8/82)

The Clerk shall **RESUBMIT** the matter to the Magistrate Judge for further proceedings.

    **SO ORDERED**, this __28th__ day of October, 2014.

                                                _/s/ Richard W. Story_
                                                **RICHARD W. STORY**
                                                United States District Judge